UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 29 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

 Plaintiff - Appellee,

 v.

RAJESH P. BUDHABHATTI,

 Defendant - Appellant.

No. 23-3893

D.C. No.
1:22-cr-00058-JAO-KJM-3
District of Hawaii, Honolulu

ORDER

Before:  CLIFTON, CALLAHAN, and H.A. THOMAS, Circuit Judges.

A review of the record and the parties' responses to the court's January 17, 2024, order to show cause demonstrates that the court lacks jurisdiction over this appeal because the district court's November 28, 2023, order is not appealable as a final judgment or order that comes within the collateral order doctrine.  *See* 28 U.S.C. § 1291; *Midland Asphalt Corp. v. United States*, 489 U.S. 794, 798-99 (1989) (describing collateral order doctrine); *Abney v. United States*, 431 U.S. 651, 663 (1977) ("[T]he District Court's rejection of petitioners' challenge to the sufficiency of the indictment does not come within the [collateral order] exception.").

 **DISMISSED.**