BERVAR & JONES
Attorneys at Law
A Law Partnership

BIRNEY B. BERVAR    #5482
Alakea Corporate Tower
1100 Alakea Street, 20th Floor
Honolulu, Hawaii  96813
Phone:  (808) 550-4990
Fax:     (808) 550-4991
Email:  bbb@bervar-jones.com

Attorney for Defendant
PAUL SULLA, JR. (1)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL SULLA, JR (1),<br><br>Defendant. | CR. NO. 22-00058-JAO-KJM<br><br>DEFENDANT PAUL SULLA, JR.'S MOTION IN LIMINE N0.1 TO EXCLUDE EVIDENCE OF OFFICE OF DISCIPLINARY COUNSEL COMPLAINT; CERTIFICATE OF SERVICE |

**DEFENDANT PAUL SULLA, JR.'S MOTION IN LIMINE
No. 1 TO EXCLUDE EVIDENCE OF
<u>OFFICE OF DISCIPLINARY COUNSEL COMPLAINT</u>**

Defendant Paul Sulla was indicted in this case on July 21, 2022.  On

July 25, 2022 the Hawaii Supreme Court Office of Disciplinary Counsel ("ODC")

initiated an ethics complaint against Sulla based on the allegations in the indictment in this case, This ODC complaint is still pending investigation.

Sulla moves this Court in limine to exclude any evidence or mention of this disciplinary complaint at trial in this matter, on the grounds that the fact of the ethical complaint is irrelevant under Fed. R. Evid. 401.  Furthermore, any relevance is substantially outweighed by the danger of unfair prejudice, confusing the issues and misleading the jury under Fed. R. Evid. 403.

DATED: Honolulu, Hawaii, April 7, 2025.

      /s/ Birney B. Bervar
BIRNEY B. BERVAR
Attorney for Defendant
PAUL SULLA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>PAUL SULLA, JR (1),<br><br>            Defendant. | CR. NO. 1:22-cr-00058-JAO-KJM<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notification of the filing to the all attorneys of record.

To:   Mohammad Khatib
      Margaret Nammar
      Assistant United States Attorneys
      300 Ala Moana Blvd., suite 6-100
      Honolulu, Hawaii 96813

      Gary Springstead
      Richard Sing
      841 Bishop Street, suite 410
      Honolulu, Hawaii 96813

      Salina Kanai
      Melinda Yamaga
      300 Ala Moana Blvd, suite 7104
      Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, April 7, 2025.

                                       /s/ Birney B. Bervar
                                    BIRNEY B. BERVAR
                                    Attorney for Defendant
                                    PAUL SULLA, JR.