ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN - 4 2025

at 11 o'clock and 59 min. A M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR22-00058-JAO |
| Plaintiff, | ) |
| vs. | ) VERDICT FORM |
| PAUL JOSEPH SULLA, JR., GARY CHARLES ZAMBER, and RAJESH P. BUDHABHATTI, | ) |
| Defendants. | ) |

## AS TO COUNT 1

(Conspiracy to Commit Honest Services Wire Fraud)

We, the Jury, find as follows:

As to the defendant, PAUL JOSEPH SULLA, JR.:

_____ NOT GUILTY       ✓ GUILTY

As to the defendant, GARY CHARLES ZAMBER:

_____ NOT GUILTY       ✓ GUILTY

As to the defendant, RAJESH P. BUDHABHATTI:

_____ NOT GUILTY       ✓ GUILTY

## AS TO COUNT 2

(Honest Services Wire Fraud)

We, the Jury, find as follows:

As to the defendant, PAUL JOSEPH SULLA, JR.:

_____ NOT GUILTY      ✓ GUILTY

As to the defendant, GARY CHARLES ZAMBER:

_____ NOT GUILTY      ✓ GUILTY

As to the defendant, RAJESH P. BUDHABHATTI:

_____ NOT GUILTY      ✓ GUILTY

## AS TO COUNT 3

(Honest Services Wire Fraud)

We, the Jury, find as follows:

As to the defendant, PAUL JOSEPH SULLA, JR.:

_____ NOT GUILTY          √ _____ GUILTY

As to the defendant, GARY CHARLES ZAMBER:

_____ NOT GUILTY          √ _____ GUILTY

As to the defendant, RAJESH P. BUDHABHATTI:

_____ NOT GUILTY          √ _____ GUILTY

## AS TO COUNT 4

(Honest Services Wire Fraud)

We, the Jury, find as follows:

As to the defendant, PAUL JOSEPH SULLA, JR.:

_____ NOT GUILTY          \_\_✓\_\_\_ GUILTY

As to the defendant, GARY CHARLES ZAMBER:

_____ NOT GUILTY          \_\_✓\_\_\_ GUILTY

As to the defendant, RAJESH P. BUDHABHATTI:

_____ NOT GUILTY          \_\_✓\_\_\_ GUILTY

## AS TO COUNT 5

(Honest Services Wire Fraud)

We, the Jury, find as follows:

As to the defendant, PAUL JOSEPH SULLA, JR.:

_____ NOT GUILTY          \_\_✓\_\_ GUILTY

As to the defendant, GARY CHARLES ZAMBER:

_____ NOT GUILTY          \_\_✓\_\_ GUILTY

As to the defendant, RAJESH P. BUDHABHATTI:

_____ NOT GUILTY          \_\_✓\_\_ GUILTY

## AS TO COUNT 6

(Honest Services Wire Fraud)

We, the Jury, find as follows:

As to the defendant, PAUL JOSEPH SULLA, JR.:

_____ NOT GUILTY           ✓ GUILTY

As to the defendant, GARY CHARLES ZAMBER:

_____ NOT GUILTY           ✓ GUILTY

As to the defendant, RAJESH P. BUDHABHATTI:

_____ NOT GUILTY           ✓ GUILTY

## AS TO COUNT 7

(Honest Services Wire Fraud)

We, the Jury, find as follows:

As to the defendant, PAUL JOSEPH SULLA, JR.:

_____ NOT GUILTY          \_\_✓\_\_ GUILTY

As to the defendant, GARY CHARLES ZAMBER:

_____ NOT GUILTY          \_\_✓\_\_ GUILTY

As to the defendant, RAJESH P. BUDHABHATTI:

_____ NOT GUILTY          \_\_✓\_\_ GUILTY

## AS TO COUNT 8

(Honest Services Wire Fraud)

We, the Jury, find as follows:

As to the defendant, PAUL JOSEPH SULLA, JR.:

_____ NOT GUILTY          ✓ GUILTY

As to the defendant, GARY CHARLES ZAMBER:

_____ NOT GUILTY          ✓ GUILTY

As to the defendant, RAJESH P. BUDHABHATTI:

_____ NOT GUILTY          ✓ GUILTY

## AS TO COUNT 9

(Honest Services Wire Fraud)

We, the Jury, find as follows:

As to the defendant, PAUL JOSEPH SULLA, JR.:

_____   NOT GUILTY            ✓   GUILTY

As to the defendant, GARY CHARLES ZAMBER:

_____   NOT GUILTY            ✓   GUILTY

As to the defendant, RAJESH P. BUDHABHATTI:

_____   NOT GUILTY            ✓   GUILTY

## AS TO COUNT 10

(Honest Services Wire Fraud)

We, the Jury, find as follows:

As to the defendant, PAUL JOSEPH SULLA, JR.:

_____  NOT GUILTY          ✓  GUILTY

As to the defendant, GARY CHARLES ZAMBER:

_____  NOT GUILTY          ✓  GUILTY

As to the defendant, RAJESH P. BUDHABHATTI:

_____  NOT GUILTY          ✓  GUILTY

## AS TO COUNT 11

(Money Laundering)

We, the Jury, find the defendant, PAUL JOSEPH SULLA, JR., as follows:

_____   NOT GUILTY          \_\_✓\_\_   GUILTY

Please have the jury foreperson sign and date this Verdict Form and then indicate to the courtroom manager that the jury has reached a verdict.

DATED: \_\_JUNE 4\_\_, 2025, at Honolulu, Hawai'i.

SIGNED: /s/ Foreperson
        JURY FOREPERSON