GARY K. SPRINGSTEAD
Attorney for Defendant, Gary C. Zamber
Michigan Attorney (P59726)
Admitted *pro hac vice* to represent Mr. Zamber in this case (*See* ECF 26)
SBBL LAW, PLLC
28A West Main St.
Fremont, MI 49412
Tel: (231) 924-8700
gary@sbbllaw.com

RICHARD H.S. SING
Local Counsel for Defendant, Gary C. Zamber
841 Bishop Street, Suit 410
Honolulu, HI 96817
Tel: (808) 537-1529
ricksing@hicriminallaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

_ _ _ _ _ _ _ _ _ _ _ _ _

| | |
|---|---|
| UNITED STATES OF AMERICA | |
|        Plaintiff, | CR 1:22-cr-00058-JAO-2 |
| v. | Hon. Jill A. Otake |
| GARY C. ZAMBER, | |
|        Defendant. | |
| _____/ | |

**STIPULATION FOR MODIFICATION OF BOND CONDITIONS**

The parties, by their counsel, with the consent of Pretrial Services, stipulate that the

condition of pretrial release requiring that the defendant's travel be restricted to the State of Hawaii

be amended to allow Mr. Zamber to travel to the San Francisco Bay Area in California to attend a family reunion and his mother-in-law's birthday June 3, 2026 to June 9, 2026. Mr. Zamber shall provide flight information and an itinerary to Pretrial Services prior to the travel. All other conditions of pretrial release shall remain the same.

DATED:      05/29/2026            /s/ Gary K. Springstead_____
                                 GARY K. SPRINGSTEAD
                                 Counsel for Defendant


DATED:      05/29/2026            /s/ Mohammad Khatib (with permission)
                                 MOHAMMAD KHATIB
                                 Assistant United States Attorney
                                 District of Hawaii


                                 /s/ Donovanlee K. Jenkins (with permission)
DATED:      05/29/2026            DONOVANLEE K. JENKINS
                                 U.S. Probation Officer
                                 District of Hawaii


APPROVED AND SO ORDERED.
Dated: May 29, 2026

Kenneth J. Mansfield
United States Magistrate Judge